IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| Kason Industries, Inc. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| v. | ) | 3:13-cv-00012-TCB |
| | ) | |
| Component Hardware Group, Inc. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Interested Persons and Corporate Disclosure Statement of Plaintiff Kason Industries, Inc.**

Plaintiff Kason Industries, Inc. ("Kason") files its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3 of the Northern District of Georgia as follows:

**(1)** **The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

(a)   Kason Industries, Inc.;

(b)   Component Hardware Group, Inc.

The undersigned and Kason lack sufficient knowledge of the corporate structure(s) of the other parties to this action to know whether a parent corporation or any publicly held corporation exists that owns 10% or more of the stock of any other party, although defense counsel states that CHG Holdings, Inc., satisfies these criteria.

**(2)   The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

None.

The undersigned and Kason lack sufficient knowledge of the corporate structure(s) of the other parties to this action to know whether another entity exists that may have a financial or other interest in this matter, although defense counsel states that CHG Holdings, Inc., satisfies these criteria.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| Dorian B. Kennedy<br>Michael J. Powell<br>Andrew A. Stulce<br>Damany F. Ransom<br>**Baker Donelson Bearman Caldwell & Berkowitz, PC**<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road NE<br>Atlanta, GA 30326<br><br>*Attorneys for Plaintiff Kason Industries, Inc.* | Francis C. Hand<br>**Carella Byrne Cecchi, Olstein, Brody & Agnello**<br>5 Becker Farm Road<br>Roseland, NJ 07068-1737<br><br>Elizabeth Ann Morgan<br>Tal Kitron<br>**The Morgan Law Firm P.C.**<br>260 Peachtree Street<br>Suite 1601<br>Atlanta, GA 30303<br><br>*Attorneys for Defendant Component Hardware Group, Inc.* |

Respectfully submitted this 17th day of April, 2013.

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

/s/ Michael J. Powell
Michael J. Powell
Georgia Bar No. 586175
mpowell@bakerdonelson.com
Dorian B. Kennedy
Georgia Bar No. 414385
dkennedy@bakerdonelson.com
Andrew Stulce
Georgia Bar No.  882889

astulce@bakerdonelson.com

*Attorneys for Kason Industries, Inc.*

Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, Georgia 30326
(678) 406-8700 - Telephone
(678) 406-8701 – Facsimile

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in local rule 5.1 (C) and 7.1 (D).

This 17 day of April, 2013.

/s/ Michael J. Powell
Michael J. Powell
Georgia Bar No. 586175

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the above and foregoing **Certificate of Interested Persons and Corporate Disclosure Statement of Plaintiff Kason Industries, Inc.** through the Court's CM/ECF system, which will serve the following counsel of record electronically:

Elizabeth Ann Morgan
morgan@morganlawpc.com
Tal Kitron
kitron@morganlawpc.com
THE MORGAN LAW FIRM P.C.
260 Peachtree Street, Suite 1601
Atlanta, GA 30303


Francis C. Hand
fhand@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068


This 17th day of April, 2013.

/s/Michael J. Powell
Michael J. Powell
Georgia Bar No. 586175